**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ismael CAMACHO, Defendant—
Appellant.**

No. 01–50086.
D.C. No. CR–00–02676–JNK.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2002.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD, and
PAEZ, Circuit Judges.

MEMORANDUM **

Ismael Camacho appeals his conviction by guilty plea and sentence for one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Camacho's contention that section 960 is unconstitutional is foreclosed by *United States v. Hernandez,* 314 F.3d 430, 437–438 (9th Cir.2002). His contention that *mens rea* is required as to drug type and quantity is foreclosed

by *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

